In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-121 CV


____________________



FRITZ INDUSTRIES, INC., Appellant



V.



ORANGE COUNTY BUILDING MATERIALS, INC.,


ORANGE COUNTY FLOORING COMPANY, INC., 


H.B. NEILD & SONS, INC., AND LEE WRIGHT, INC., Appellees






On Appeal from the 163rd District Court


Orange County, Texas


Trial Cause No. B-020119-C






MEMORANDUM OPINION (1)


 Fritz Industries, Inc., appellant, filed a motion to dismiss this appeal with prejudice. 
The Court finds that this motion is voluntarily made by the appellant prior to any decision
of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a
notice of appeal.


 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. Costs are assessed against the incurring party.

 PER CURIAM


Opinion Delivered April 22, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.